ROBERT HENDERSON, APPELLANT, v. BOARD OF COMMISSIONERS OF THE TOWNSHIP OF LYNDHURST AND CIRCUIT COURT OF BERGEN COUNTY, RESPONDENTS.

Argued October 23, 1934—Decided January 10, 1935.

For the appellant, *Robert Henderson*.

For the respondents, *Leo F. Reilly*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.